IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| KASSANDRA ROSADO and KREISAU GROUP LLC, <br><br> *Plaintiffs*, <br><br> v. <br><br> PAMELA BONDI, in her official capacity as Attorney General, and <br><br> KRISTI NOEM, in her official capacity as Secretary of Homeland Security, <br><br> *Defendants*. | Civil Action No.: 1:26-cv-01532 <br><br> Hon. Jorge L. Alonso |

**PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION**

Plaintiffs Kassandra Rosado and Kreisau Group LLC move the Court for a preliminary injunction under Federal Rule of Civil Procedure 65(a). Based on plaintiffs' supporting memorandum, supporting declarations and exhibits, the verified allegations in the complaint filed in this action, and all other papers filed and argument heard in this action, plaintiffs seek an order providing the following injunctive relief, pending a final hearing and determination of the merits in this action:

1. Preliminarily enjoining defendants and their agents, officials, servants, employees, and persons acting in concert with them from continuing to coerce Facebook into suppressing Rosado's "ICE Sightings – Chicagoland" Facebook group;

1

2. Preliminarily enjoining defendants and their agents, officials, servants, employees, and persons acting in concert with them from continuing to coerce Apple into prohibiting Kreisau Group LLC's Eyes Up app from the Apple App Store;

3. Requiring defendants' counsel to provide written notice of this order granting preliminary injunction, by the end of the second day after issuance of said order, to defendants and their agents, officials, servants, employees, and persons acting in concert with them; to Meta Platforms, Inc.; and to Apple, Inc.; and

4. Such other relief as the Court may deem just and proper.

Dated: February 26, 2026

Respectfully Submitted,

/s/ *Colin P. McDonell*
Colin P. McDonell
James C. Grant (pro hac vice forthcoming)
Hannah M. Abbott (admitted pro hac vice)
Cary Davis (pro hac vice forthcoming)
FOUNDATION FOR INDIVIDUAL
   RIGHTS AND EXPRESSION
510 Walnut St., Ste. 900
Philadelphia, PA 19106
(215) 717-3473
colin.mcdonell@fire.org
jim.grant@fire.org
hannah.abbott@fire.org
cary.davis@fire.org

*Counsel for Plaintiffs*

## **CERTIFICATE OF SERVICE**

I certify that on February 26, 2026, concurrent with the electronic filing of this motion, the accompanying Memorandum in Support of Motion for Preliminary Injunction, and the attached declarations and exhibits, counsel for plaintiffs is serving the same on all defendants via certified mail.

/s/ *Colin P. McDonell*
Colin P. McDonell
