**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| KASSANDRA ROSADO and KREISAU GROUP LLC,<br><br>*Plaintiffs*,<br><br>v.<br><br>PAMELA BONDI, in her official capacity as Attorney General, and<br><br>KRISTI NOEM, in her official capacity as Secretary of Homeland Security,<br><br>*Defendants*. | Civil Action No.: 1:26-cv-01532<br><br>Hon. Jorge L. Alonso |

**NOTICE OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION**

PLEASE TAKE NOTICE that on Thursday, March 26, 2026, at 9:30 a.m. (CST) or as soon thereafter as the matter may be heard, counsel for plaintiffs shall appear before the Honorable Jorge L. Alonso via telephone and present Plaintiffs' Motion for Preliminary Injunction, Dkt. No. 10.

Dated: February 26, 2026

Respectfully Submitted,

/s/ *Colin P. McDonell*
Colin P. McDonell
James C. Grant (pro hac vice forthcoming)
Hannah M. Abbott (admitted pro hac vice)
Cary Davis (pro hac vice forthcoming)
FOUNDATION FOR INDIVIDUAL
RIGHTS AND EXPRESSION
510 Walnut St., Ste. 900
Philadelphia, PA 19106
(215) 717-3473
colin.mcdonell@fire.org
jim.grant@fire.org
hannah.abbott@fire.org

cary.davis@fire.org

*Counsel for Plaintiffs*

**CERTIFICATE OF SERVICE**

I certify that on February 26, 2026, concurrent with the electronic filing of this notice of motion, counsel for plaintiffs is serving the same on all defendants via certified mail.

/s/ *Colin P. McDonell*
Colin P. McDonell