UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| KASSANDRA ROSADO and KREISAU GROUP LLC,<br><br>Plaintiffs,<br><br>v.<br><br>PAMELA BONDI, in her official capacity as Attorney General, and KRISTI NOEM, in her official capacity as Secretary of Homeland Security,<br><br>Defendants. | ) | No. 26 C 1532<br><br>Judge Alonso |

**<u>NOTICE OF MOTION</u>**

To: Counsel of Record

PLEASE TAKE NOTICE that on Tuesday, March 10, 2026 at 9:30 a.m., at the opening of court or as soon thereafter as counsel may be heard, I will appear before Judge Alonso in the courtroom usually occupied by him in the Dirksen Federal Courthouse, 219 South Dearborn Street, Chicago, Illinois, or before such other judge who may be sitting in his place and stead, and then and there present *Defendants' Motion to Extend Time to Respond to Plaintiffs' Motion for a Preliminary Injunction and for Additional Pages*, at which time and place you may appear if you see fit.

Respectfully submitted,

ANDREW S. BOUTROS
United States Attorney

By: s/ Thomas M. Cull
THOMAS M. CULL
Assistant United States Attorney
219 South Dearborn Street
Chicago, Illinois 60604
(312) 886-4190
thomas.cull@usdoj.gov