**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF NextGen 1.8 (rev. 1.8.5)**
**Eastern Division**

Kassandra Rosado, et al.
Plaintiff,
v.
Pamela Bondi, et al.
Defendant.

Case No.: 1:26−cv−01532
Honorable Jorge L. Alonso

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, March 6, 2026:

MINUTE entry before the Honorable Jorge L. Alonso: Defendant's motion [22] for extension of time and for additional pages is granted. Defendants may respond with up to ten additional pages by 3/23/26. Plaintiff may reply by 4/6/26. Presentment of motion set for 3/10/26 is stricken. Mailed notice (ags)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.