## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.5)
### Eastern Division

Kassandra Rosado, et al.

                    Plaintiff,

v.                                                          Case No.: 1:26–cv–01532
                                                            Honorable Jorge L. Alonso

Pamela Bondi, et al.

                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, April 14, 2026:

        MINUTE entry before the Honorable Jorge L. Alonso: Defendant's unopposed motion [32] to stay the responsive pleading deadline is granted. Defendants shall file a responsive pleading within 14 days after the Court enters an order on Plaintiffs&#0;39; motion for a preliminary injunction. Notice mailed by Judge's staff (lf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.