**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.5)**
**Eastern Division**

Kassandra Rosado, et al.

                    Plaintiff,

v.                                                          Case No.: 1:26–cv–01532
                                                            Honorable Jorge L. Alonso

Pamela Bondi, et al.

                    Defendant.

---

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, April 23, 2026:

         MINUTE entry before the Honorable Jorge L. Alonso: The Court has reviewed the joint status report [35] where the parties indicate that they have been unable to reach agreed language for a proposed order that effectuates the Court's decision at [34]. Plaintiffs have provided a draft proposed order to Defendants, which Defendants contend is improper. Pending resolution of this issue, Defendant's deadline to respond to the complaint is stayed. The Court rules as follows: (1) by 4/28/26, Defendants shall provide their own draft of the proposed order to Plaintiffs that sets forth Defendant's understanding of an appropriate order that will effectuate the Court's decision at [34]; (2) by 5/1/26, the parties shall meet and confer in attempt to reach an agreement; (3) by 5/4/26, the parties shall submit a joint status report; (4) if the parties have reached an agreement, they shall submit the agreed proposed order to the Proposed Order Inbox and in the joint status report, they shall set forth proposed dates for Defendant to respond to the complaint and for discovery; (5) if the parties have not reached an agreement, they shall attach their respective drafts of the proposed order as an exhibit to the joint status report at which point the Court will determine whether to enter an order or whether to allow further briefing. Notice mailed by Judge's staff (lf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.