**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.5)**
**Eastern Division**

Kassandra Rosado, et al.

Plaintiff,

v.

Pamela Bondi, et al.

Defendant.

Case No.: 1:26–cv–01532
Honorable Jorge L. Alonso

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Friday, May 1, 2026:

MINUTE entry before the Honorable Jorge L. Alonso: Defendant's motion [37] to stay is granted. The joint status report due on 5/4/26 shall set forth proposed dates for the Rule 26(f) conference and the initial status hearing. Notice mailed by Judge's staff (lf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.