Exhibit A: Plaintiffs' Proposed Order

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

|  |  |
|---|---|
| KASSANDRA ROSADO and KREISAU GROUP LLC, <br><br> *Plaintiffs*, <br><br> v. <br><br> TODD BLANCHE, in his official capacity as Acting Attorney General, and <br><br> MARKWAYNE MULLIN, in his official capacity as Secretary of Homeland Security, <br><br> *Defendants*. | Civil Action No.: 1:26-cv-01532 <br><br> Hon. Jorge L. Alonso |

**ORDER GRANTING PLAINTIFFS' MOTION
FOR PRELIMINARY INJUNCTION**

Plaintiffs Kassandra Rosado and Kreisau Group LLC filed a Motion for Preliminary Injunction. Dkt. No. 10. For the reasons stated in the Court's Memorandum Opinion and Order, Dkt. No. 34, Plaintiffs' motion is GRANTED as follows:

1. Defendants, their officers, agents, servants, employees, and attorneys, and all those in active concert or participation with them, are preliminarily enjoined from:

    a. taking any action, formal or informal, to coerce, threaten, pressure, or induce Facebook to suppress or continue to suppress Rosado's "ICE Sightings – Chicagoland" Facebook group; and

    b. taking any action, formal or informal, to coerce, threaten, pressure, or induce Apple to suppress or continue to suppress Kreisau Group LLC's Eyes Up app from the Apple App Store.

2.       By the end of the second day after issuance of this order, Defendants' counsel shall:

    a.  provide written notice of this order granting preliminary injunction to Defendants and their officers, agents, servants, employees, and attorneys, and persons acting in concert with them;

    b.  provide written notice of this order granting preliminary injunction via email to Meta Platforms, Inc. (including, without limitation, to each of the persons Defendants and their officers previously contacted about disabling Rosado's Facebook group), and to Apple, Inc. (including, without limitation, to each of the persons Defendants and their officers previously contacted about removing ICE-monitoring apps from the Apple App Store); and

    c.  file on the Court's electronic docket a status report documenting the actions Defendants and their counsel have taken to comply with this order, including a copy of the notice and an explanation as to whom the notice was sent.

This order shall apply to the maximum extent provided for by Federal Rule of Civil Procedure 65(d)(2) and shall persist until further order of this Court.

**IT IS SO ORDERED.**              **ENTERED: May ___, 2026.**

 

                                  **HON. JORGE L. ALONSO**
                                  **United States District Judge**