Exhibit B: Defendants' Proposed Order

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| KASSANDRA ROSADO and KREISAU GROUP LLC,<br><br>          Plaintiffs,<br><br>     v.<br><br>TODD BLANCHE, in his official capacity as Acting Attorney General, and MARKWAYNE MULLIN, in his official capacity as Secretary of Homeland Security,<br><br>          Defendants. | Civil Action No.: 1:26-cv-01532<br><br>Hon. Jorge L. Alonso |

**ORDER GRANTING PLAINTIFFS'
MOTION FOR PRELIMINARY INJUNCTION**

Plaintiffs Kassandra Rosado and Kreisau Group LLC moved for a preliminary injunction. Dkt. No. 10. For the reasons stated in the court's memorandum opinion and order, Dkt. 34, plaintiffs' motion is GRANTED. This court hereby enters an injunction, pursuant to Federal Rule of Procedure 65, as follows:

1.      Defendants, their officers, agents, servants, employees, attorneys, and all persons acting for, with, by, through, or under them are preliminarily enjoined and restrained from taking any actions—except as authorized by the Constitution, statute, judicial order, or regulation—to threaten Meta Platforms, Inc. or Apple, Inc., with some form of punishment (*i.e.*, an adverse legal, regulatory, or economic government sanction) unless they suppress, remove, or delete plaintiffs' group "ICE – Sightings Chicagoland" from Facebook or iPhone app "Eyes Up" from the Apple App Store. This prohibition does not bar the government from providing Meta Platforms, Inc. or

Apple, Inc., with information that the companies are free to use as they wish or from publicly criticizing Meta Platforms Inc. or Apple Inc.'s private speech.

2.      The defendants shall provide a copy of this order to the appropriate leadership at the Department of Justice and Department of Homeland Security.

This order shall apply to the maximum extent provided for by Federal Rule of Civil Procedure 65(d)(2) and shall persist until further order of this court.

E N T E R E D:

_____
United States District Judge

Dated:_____

2