## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.5)
### Eastern Division

Kassandra Rosado, et al.

                      Plaintiff,

v.

                                   Case No.: 1:26–cv–01532
                                   Honorable Jorge L. Alonso

Pamela Bondi, et al.

                      Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, May 5, 2026:

     MINUTE entry before the Honorable Jorge L. Alonso: At [36], the Court ordered the parties to meet and confer to attempt to reach agreed language for an order that would effectuate the Court's decision at [34]. The Court has reviewed the joint status report [39]. The parties were unable to reach agreed language. As such, the Court's order is consistent with the language set forth by the Seventh Circuit in Backpage.com, LLC v. Dart, 807 F.3d 229, 239 (7th Cir. 2015). Order to follow. Additionally, the Court sets the following dates: the parties shall hold a Rule 26(f) conference by 5/19/26 and Defendant shall answer or otherwise respond to the Complaint by 5/26/26. The parties shall submit a joint status report to the Court by 5/27/26. Notice mailed by Judge's staff (lf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.