**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| Kassandra Rosado and Kreisau Group LLC, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | No. 26 C 1532 |
| v. | ) | |
| | ) | Judge Jorge L. Alonso |
| Pamela Bondi, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER GRANTING PLANITIFF'S MOTION
FOR PRELIMINARY INJUNCTION**

Plaintiffs Kassandra Rosado and Kreisau Group LLC moved for a preliminary injunction.

R. 10. For the reasons stated in the Court's Memorandum Opinion and Order at R. 34, Plaintiff's

motion is GRANTED. The Court enters an injunction, pursuant to Federal Rule of Procedure 65,

as follows:

1. Defendants, their officers, and all employees, agents or others who are acting or have acted for or on their behalf, shall take no actions, formal or informal, to demand or pressure Facebook to suppress or continue to suppress Rosado's "ICE Sightings – Chicagoland" Facebook group, or to coerce or threaten Facebook with sanctions for allowing or reinstating Rosado's Facebook group;

2. Defendants, their officers, and all employees, agents or others who are acting or have acted for or on their behalf, shall take no actions, formal or informal, to demand or pressure Apple to suppress or continue to suppress Kreisau Group LLC's Eyes Up application, or to coerce or threaten Apple with sanctions for allowing or reinstating the Eyes Up application; and

3. By the end of the seventh day after issuance of this order, Defendant's counsel shall:

   a. Provide written notice of this order to Defendants, their officers, and all employees, agents or others who are acting or have acted for or on their behalf, including appropriate leadership at the Department of Justice and Department of Homeland Security;

b. Provide written notice of this order granting preliminary injunction via email to Meta Platforms, Inc. (including, without limitation, to each of the persons Defendants and their officers previously contacted about disabling Rosado's Facebook group), and to Apple, Inc. (including, without limitation, to each of the persons Defendants and their officers previously contacted about removing ICE-monitoring apps from the Apple App Store); and

c. File on the Court's electronic docket a status report documenting the actions Defendants and their counsel have taken to comply with this order, including a copy of the notice and an explanation as to whom the notice was sent.

This order shall apply to the maximum extent provided for by Federal Rule of Civil Procedure 65(d)(2) and shall persist until further order of this Court.

**SO ORDERED.**                                      **ENTERED: May 5, 2026**

**HON. JORGE L. ALONSO**
**United States District Judge**

2