UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| KASSANDRA ROSADO and KREISAU GROUP LLC,<br><br>Plaintiffs,<br><br>v.<br><br>TODD BLANCHE, in his official capacity as Acting Attorney General, and MARKWAYNE MULLIN, in his official capacity as Secretary of Homeland Security,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)   No. 26 C 1532<br>)<br>)   Judge Alonso<br>)<br>)<br>)<br>)<br>)<br>) |

## DEFENDANTS' STATUS REPORT

Defendants, through undersigned counsel, by their attorney, Andrew Boutros, hereby file this status report documenting the steps they have taken to date to comply with the court's preliminary injunction entered May 5, 2026. Dkt. 41.

1. This court's May 5, 2026 order directs the defendants to file a status report within seven days, documenting their efforts to comply with the order and to provide notice of the order to officers, employees, agents, and others at the Departments of Justice and Homeland Security. Dkt. 41. The order also requires the defendants to provide notice to Meta Platforms, Inc. and Apple, Inc., along with certain employees. *Id*.

2. On May 11, 2026, the defendants transmitted the court's order via email to all employees at the Department of Justice with the following notice:

To all Department of Justice employees:

The attached Preliminary Injunction (PI) was issued against the Department of Justice on May 5, 2026, as part of the civil lawsuit *Kassandra Rosado, et. al v. Todd Blanche, et. al* (ND Ill.), No. 1:26-cv-1532. The Preliminary Injunction restrains Department of Justice employees, officers, agents and others acting on their behalf

from (i) taking any action to demand or pressure Apple, Inc. to suppress or continue to suppress the "Eyes Up" iPhone application, or to coerce or threaten Apple with sanctions for allowing or reinstating the Eyes Up application; and (ii) taking any action to demand or pressure Meta Platforms, Inc. to suppress or continue to suppress the "ICE Sightings – Chicagoland" Facebook group, or to coerce or threaten Meta with sanctions for allowing or reinstating the ICE Sightings – Chicagoland group.

All Department employees, officers, agents, and others acting on their behalf must comply with the order. Until such time as a subsequent court order provides otherwise, it is important that the Department comply with the terms of the Court's order as any failure to do so may result in penalty of contempt.

3. The defendants transmitted the court's order and a substantially similar notice via email to all employees at the Department of Homeland Security on the following day.

4. On May 12, 2026, the defendants transmitted the court's order and the notice below to a representative of Meta Platforms Inc. and Apple's Offices of General Counsel through counsel with the request that the notice be distributed to any Apple or Meta employees who may have been in contact with anyone from the Departments of Justice or Homeland Security concerning this matter.

Please be advised that the U.S. District Court for the Northern District of Illinois entered a preliminary injunction in *Kassandra Rosado, et. al v. Todd Blanche, et. al* (ND Ill.), No. 1:26-cv-1532 on May 5, 2026. You are receiving this notice because the Court has directed the defendants to notify Meta Platforms, Inc., Apple, Inc. and certain company employees of the order. The Preliminary Injunction restrains Department of Justice and Department of Homeland Security employees, officers, agents and others acting on their behalf from (i) taking any action to demand or pressure Apple, Inc. to suppress or continue to suppress the "Eyes Up" iPhone application, or to coerce or threaten Apple with sanctions for allowing or reinstating the Eyes Up application; and (ii) taking any action to demand or pressure Meta Platforms, Inc. to suppress or continue to suppress the "ICE Sightings – Chicagoland" Facebook group, or to coerce or threaten Meta with sanctions for allowing or reinstating the ICE Sightings – Chicagoland group.

To be clear, the Departments of Justice and Homeland Security are not demanding, pressuring, coercing, or threatening Apple, Inc. or Meta Platforms, Inc. with sanctions for allowing or reinstating the Eyes Up application or ICE Sightings – Chicagoland group. A copy of the May 5 preliminary injunction is attached for reference. Please distribute this notice and order to anyone who may have been in

2

contact with anyone from the Departments of Justice or Homeland Security concerning this matter.

5.      Additionally, the defendants sent the court's order and the above notice to a Meta Platforms Inc. employee, through counsel, who communicated with the Department of Justice.  To date, the defendants have not been able to comprehensively identify the individuals with whom there was contact at Apple, Inc. concerning ICE tracking applications.  However, the defendants are continuing to investigate and will provide prompt notice of the court's May 5, 2026 order if and when they identify any such individuals.

Respectfully submitted,

ANDREW S. BOUTROS
United States Attorney

By: s/ Thomas M. Cull
        Thomas M. Cull
        Assistant United States Attorney
        219 South Dearborn Street
        Chicago, Illinois 60604
        (312) 886-4190
        thomas.cull@usdoj.gov

3