# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.9 (rev. 1.9)
### Eastern Division

Kassandra Rosado, et al.

                    Plaintiff,

v.                                                Case No.: 1:26–cv–01532
                                                  Honorable Jorge L. Alonso

Pamela Bondi, et al.

                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, May 27, 2026:

        MINUTE entry before the Honorable Jorge L. Alonso: Defendant's unopposed motion [44] to extend time to respond to Plaintiff's complaint is granted. Defendant shall respond by 6/9/26. The parties shall exchange Rule 26(a)(1) disclosures by 6/8/36. Fact discovery shall be completed by 11/20/26. This case is REFERRED to the Magistrate Judge for discovery supervision and, as applicable, supervision of settlement discussion. Notice mailed by Judge's staff (lf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.