# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.9 (rev. 1.9)
### Eastern Division

Kassandra Rosado, et al.

               Plaintiff,

v.

               Case No.: 1:26–cv–01532
               Honorable Jorge L. Alonso

Pamela Bondi, et al.

               Defendant.

## ORDER REFERRING A CIVIL CASE TO THE
## DESIGNATED MAGISTRATE JUDGE

Pursuant to Local Rule 72.1, this case is hereby referred to the calendar of for the purpose of holding proceedings related to: discovery supervision; settlement conference. (lf, )Notice mailed by Judge's staff.

Dated: May 27, 2026

               /s/ Jorge L. Alonso

               United States District Judge