**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

|  |  |
|---|---|
| KASSANDRA ROSADO and KREISAU GROUP LLC, <br><br> *Plaintiffs*, <br><br> v. <br><br> TODD BLANCHE, in his official capacity as Acting Attorney General, and <br><br> MARKWAYNE MULLIN, in his official capacity as Secretary of Homeland Security, <br><br> *Defendants*. | Civil Action No.: 1:26-cv-01532 <br><br> Hon. Jorge L. Alonso |

## AGREED MOTION FOR ENTRY OF CONFIDENTIALITY ORDER

Plaintiffs Kassandra Rosado and Kreisau Group LLC, by their counsel, hereby move for entry of the proposed Confidentiality Order for governing discovery in this case. Defendants Todd Blanche and Markwayne Mullin have agreed to this motion and the proposed Confidentiality Order. The proposed Order is adopted from the U.S. District Court for the Northern District of Illinois Model Confidentiality Order set forth in Form L.R. 26.2. In accordance with the guidelines set forth in that Form, both a copy of the Proposed Order with all changes accepted, attached as **Exhibit A**, and a "redline" showing the modifications made to the Model Order, attached as **Exhibit B**, are being submitted to Proposed_Order_Alonso@ilnd.uscourts.gov.

Dated: August 1, 2026

Respectfully Submitted,

/s/ *James C. Grant*
James C. Grant (admitted pro hac vice)

1

Colin P. McDonell
Hannah M. Abbott (admitted pro hac vice)
Cary Davis (admitted pro hac vice)
FOUNDATION FOR INDIVIDUAL
    RIGHTS AND EXPRESSION
510 Walnut St., Ste. 900
Philadelphia, PA 19106
(215) 717-3473
jim.grant@fire.org
colin.mcdonell@fire.org
hannah.abbott@fire.org
cary.davis@fire.org


*Counsel for Plaintiffs*

2