**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| KASSANDRA ROSADO and KREISAU GROUP LLC,<br><br>*Plaintiffs*,<br><br>v.<br><br>TODD BLANCHE, in his official capacity as Attorney General, and<br><br>MARKWAYNE MULLIN, in his official capacity as Secretary of Homeland Security,<br><br>*Defendants*. | Civil Action No.: 1:26-cv-01532<br><br>Hon. Jorge L. Alonso<br>Hon. Maria Valdez |

## AGREED MOTION FOR ENTRY OF RULE 502(d) ORDER

Plaintiffs Kassandra Rosado and Kreisau Group LLC, by their counsel, hereby move for entry of an order under Federal Rule of Evidence 502(d) ("Order") to govern issues of waiver for inadvertently produced privileged documents in this case. Plaintiffs conferred with counsel for defendants Todd Blanche and Markwayne Mullin on the form of the order, and all parties have agreed to this motion and the proposed Order, attached as **Exhibit A**.

Under Rule 502(d), courts are empowered to enter an order providing that attorney-client privilege or work product protection "is not waived by disclosure connected with the litigation pending before the court—in which event the disclosure is also not a waiver in any other federal or state proceeding." Fed. R. Evid. 502(d). To facilitate an efficient discovery process and avoid costly and time-consuming potential motion practice regarding such issues, the parties accordingly seek the Court's entry of the attached Order. This Order is intended to protect the interests of all parties and non-parties from whom discovery is sought.

In accordance with the Court's standing orders, a version of this Order is being submitted to Proposed_Order_Valdez@ilnd.uscourts.gov in a format compatible with Microsoft Word.

Dated: September 8, 2026

Respectfully Submitted,

/s/ *James C. Grant*
James C. Grant (admitted pro hac vice)
Colin P. McDonell
Hannah M. Abbott (admitted pro hac vice)
Cary Davis (admitted pro hac vice)
FOUNDATION FOR INDIVIDUAL RIGHTS AND EXPRESSION
510 Walnut St., Ste. 900
Philadelphia, PA 19106
(215) 717-3473
jim.grant@fire.org
colin.mcdonell@fire.org
hannah.abbott@fire.org
cary.davis@fire.org

*Counsel for Plaintiffs*