**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| Kassandra Rosado and Kreisau Group LLC,<br><br>Plaintiffs,<br><br>v.<br><br>TODD BLANCHE, in his official capacity as Attorney General, and MARKWAYNE MULLIN, in his official capacity as Secretary of Homeland Security,<br><br>Defendants. | ) | No. 26 C 1532<br><br>Magistrate Judge Maria Valdez |

**AGREED ORDER**

Before the Court is the parties' Agreed Motion for Entry of a Rule 502(d) Order ("Motion"). Having considered the Motion and applicable law, the Court finds that the Motion should be and hereby is **GRANTED.**

**IT IS THEREFORE ORDERED** that, pursuant to Fed. R. Evid. 502(d), the production of any discovery material in this proceeding shall not, for the purposes of this proceeding or any other federal or state proceeding, constitute a waiver by the Producing Party of any applicable attorney-client privilege or attorney work-product protection. This Order shall be interpreted to provide the maximum protection allowed by Fed. R. Evid. 502(d). The provisions of Fed. R. Evid. 502(b) do not apply.

Upon a request from any Producing Party who has produced Discovery Material that it believes is privileged and/or protected, each Receiving Party shall immediately return such Protected Material or Discovery Material and all copies to the Producing Party, except for any pages

containing privileged markings by the Receiving Party which shall instead be destroyed and certified as such by the Receiving Party to the Producing Party.

**SO ORDERED.**

**ENTERED:**

Maria Valdez

**DATE: September 8, 2026**

**HON. MARIA VALDEZ**
**United States Magistrate Judge**