**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

KASSANDRA ROSADO and KREISAU GROUP LLC,

*Plaintiffs*,

v.

TODD BLANCHE, in his official capacity as Attorney General, and

MARKWAYNE MULLIN, in his official capacity as Secretary of Homeland Security,

*Defendants*.

Civil Action No.: 1:26-cv-01532

Hon. Jorge L. Alonso

Hon. Maria Valdez

**FURTHER JOINT STATUS REPORT**

In accordance with this Court's order, Dkt. No. 69, the parties file this further joint status report on progress with settlement negotiations and discovery. Since the parties filed their last status report on October 1, 2026, the parties have been focused on renewed negotiations to resolve the case and have made substantial progress.

If the parties have not resolved the case by the end of this week, they anticipate promptly moving to extend the fact discovery deadline, which is currently November 20. Plaintiffs have continued conferring with Defendants on written discovery and with third-party subpoena recipients Meta Platforms, Inc. and Apple Inc. If the case does not settle, additional time to complete written discovery and schedule depositions will be necessary.

Dated: November 2, 2026

Respectfully Submitted,

/s/ Colin P. McDonell
Colin P. McDonell
James C. Grant (admitted pro hac vice)
Hannah M. Abbott (admitted pro hac vice)
Cary Davis (admitted pro hac vice)
FOUNDATION FOR INDIVIDUAL RIGHTS AND EXPRESSION
510 Walnut St., Ste. 900
Philadelphia, PA 19106
(215) 717-3473

ANDREW S. BOUTROS
United States Attorney

By: s/ Thomas M. Cull
THOMAS M. CULL
Assistant United States Attorney
219 South Dearborn Street
Chicago, Illinois 60604
(312) 886-4190
thomas.cull@usdoj.gov

jim.grant@fire.org
colin.mcdonell@fire.org
hannah.abbott@fire.org
cary.davis@fire.org

*Counsel for Plaintiffs*

*Counsel for Defendants*