UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| KASSANDRA ROSADO and KREISAU GROUP LLC,<br>Plaintiffs,<br>v.<br>TODD BLANCHE, in his official capacity as Attorney General, and MARKWAYNE MULLIN, in his official capacity as Secretary of Homeland Security,<br>Defendants. | ) | No. 26 C 1532<br>Judge Alonso<br>Magistrate Judge Valdez |

**JOINT MOTION TO CONVERT PRELIMINARY INJUNCTION INTO A PERMANENT INJUNCTION AND DISMISS WITH PREJUDICE**

Plaintiffs Kassandra Rosado and Kreisau Group LLC, through undersigned counsel, and defendants Todd Blanche and Markwayne Mullin, in their official capacities, by Andrew Boutros, the United States Attorney for the Northern District of Illinois, hereby jointly move to convert the court's preliminary injunction, Dkt. No. 41, into a permanent injunction under rule 65(a)(2) and to dismiss plaintiffs' complaint with prejudice under rule 41(a)(2).

Dated: November 12, 2026

Respectfully Submitted,

/s/ *Colin P. McDonell*
COLIN P. MCDONELL
JAMES C. GRANT (admitted pro hac vice)
HANNAH M. ABBOTT (admitted pro hac vice)
CARY DAVIS (admitted pro hac vice)
FOUNDATION FOR INDIVIDUAL RIGHTS AND EXPRESSION
510 Walnut St., Ste. 900
Philadelphia, PA 19106
(215) 717-3473
colin.mcdonell@fire.org
jim.grant@fire.org
hannah.abbott@fire.org
cary.davis@fire.org

ANDREW S. BOUTROS
United States Attorney

By: s/ *Thomas M. Cull*
THOMAS M. CULL
Assistant United States Attorney
219 South Dearborn Street
Chicago, Illinois 60604
(312) 886-4190
thomas.cull@usdoj.gov