**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF NextGen 1.9 (rev. 1.9)**
**Eastern Division**

Kassandra Rosado, et al.
Plaintiff,
v.
Pamela Bondi, et al.
Defendant.

Case No.: 1:26−cv−01532
Honorable Jorge L. Alonso

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, November 13, 2026:

MINUTE entry before the Honorable Jorge L. Alonso: The parties' Joint Motion to convert preliminary injunction into a permanent injunction and dismiss with prejudice [71] is granted. Enter Order. Motion hearing date of 11/17/26 is stricken. Civil case terminated. Mailed notice(lf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.