UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| KASSANDRA ROSADO and KREISAU GROUP LLC, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | No. 26 C 1532 |
| | ) | |
| TODD BLANCHE, in his official capacity as Attorney General, and MARKWAYNE MULLIN, in his official capacity as Secretary of Homeland Security, | ) | Judge Alonso |
| | ) | |
| Defendants. | ) | |

**ORDER CONVERTING PRELIMINARY INJUNCTION TO**
**PERMANENT INJUNCTION AND DISMISSING CLAIMS WITH PREJUDICE**

Before the court is the parties' joint motion to convert the court's preliminary injunction, Dkt. No. 41, into a permanent injunction and to dismiss plaintiffs' complaint with prejudice. Having reviewed the motion and the record, and for good cause shown, the court finds that the requested relief is appropriate. It is hereby

ORDERED as follows:

1. Defendants, their officers, and all employees, agents or others who are acting or have acted for or on their behalf, shall take no actions, formal or informal, to demand or pressure Facebook to suppress or continue to suppress Rosado's "ICE Sightings – Chicagoland" Facebook group, or to coerce or threaten Facebook with sanctions for allowing or reinstating Rosado's Facebook group;

2. Defendants, their officers, and all employees, agents or others who are acting or have acted for or on their behalf, shall take no actions, formal or informal, to demand or pressure

Apple to suppress or continue to suppress Kreisau Group LLC's Eyes Up application, or to coerce or threaten Apple with sanctions for allowing or reinstating the Eyes Up application; and

3. By the end of the seventh day after the Court issues this order, Defendants' counsel shall:

a. Provide written notice of the Order to Defendants, their officers, and all employees, agents or others who are acting or have acted for or on their behalf regarding Rosado's "ICE Sightings – Chicagoland" Facebook group or Kreisau Group LLC's Eyes Up application, and to appropriate leadership at the Department of Justice and Department of Homeland Security;

b. Provide written notice of the Order via email to Meta Platforms, Inc. (including, without limitation, to each of the persons Defendants and their officers previously contacted about disabling Rosado's Facebook group), and to Apple, Inc. (including, without limitation, to each of the persons Defendants and their officers previously contacted about removing ICE-monitoring apps from the Apple App Store); and

c. Provide Plaintiffs' counsel with notice in writing documenting the actions Defendants and their counsel have taken to comply with the Order, including a copy of the notice and an explanation as to whom the notice was sent.

4. This ordered permanent injunction shall apply to the maximum extent provided for by Federal Rule of Civil Procedure 65(d)(2).

5. Plaintiffs' complaint against the defendants is dismissed with prejudice under Federal Rule of Civil Procedure 41(a)(2).

6. There being no remaining claims for adjudication, the clerk is directed to enter final judgment consistent with this order.

E N T E R E D: November 13, 2026

Hon. Jorge L. Alonso
United States District Judge